**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2423

UNIVERSAL NORTH AMERICA INSURANCE COMPANY,

Plaintiff - Appellee,

v.

TRACY CANTY,

Defendant - Appellant,

and

KEVIN CANTY; UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL HOUSING SERVICE,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Florence. Donald C. Coggins, Jr., District Judge. (4:19-cv-01285-DCC)

Submitted: September 8, 2022                    Decided: September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Louis D. Nettles, NETTLES LAW FIRM, Florence, South Carolina, for Appellant.  Mark V. Gende, Brandon R. Gottschall, SWEENY, WINGATE & BARROW, PA, Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Canty appeals the district court's orders granting Universal North America Insurance Company's motion for judgment on the pleadings and denying Canty's motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Universal N. Am. Ins. Co. v. Canty*, No. 4:19-cv-01285-DCC (D.S.C. Aug. 3, 2020; April 5, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*